

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Susy Araujo,<br><br>     Plaintiff<br>v.<br><br>Doctors Center Management Corporation<br>and University Physician Associates of New<br>Jersey, Inc.,<br><br>     Defendants. | CIVIL ACTION NO.<br>2:17-cv-12883 |

### STIPULATION OF DISMISSAL OF COMPLAINT WITH PREJUDICE

The undersigned, being all parties who have appeared in the above-captioned action, hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

/s/ Alexander B. Imel                                    February 8, 2018
Alexander B. Imel (NJ Bar 228992017)       Date
Jason T. Brown (NJ Bar 35921996)
**JTB Law Group LLC**
155 2nd St, Suite 4
Jersey City, NJ 07302
877-561-0000
Fax: 855-582-5297
Email: jtb@jtblawgroup.com
alec.imel@jtblawgroup.com

*Attorneys for Plaintiffs*

/s/ Holly English                                           February 8, 2018
Holly English                                                 Date
**Nukk-Freeman & Cerra, P.C.**
26 Main Street, Suite 301
Chatham, NJ 07928
977-655-9100
Email: henglish@nfclegal.com

*Attorneys for Defendants*

So Ordered—
Esth Salas, USDJ
2/9/18